UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

PERRY W. BROWNING and NANCY L. )
BROWNING, )
                                            )
               Plaintiffs, )          1:08-CV-43-JD
                                            )          Case no. 1:07-mc-00064-JD
v.                                  )          Honorable Joseph A. DiClerico, Jr.
                                            )
UNITED STATES OF AMERICA, )
                                            )
               Defendant. )

**ORDER GRANTING UNITED STATES' ASSENTED-TO
MOTION FOR ADDITIONAL TIME**

       The above-captioned proceeding is before the Court on the United States' Assented-To Motion for Additional Time to File Petition to Enforce, if Necessary. There is cause for the relief requested, and the United States' motion is GRANTED.

       If necessary, the United States shall file a petition to enforce on or before June 12, 2008, failing which the Clerk shall close the case.

       SO ORDERED.


Dated: May 1, 2008                                   /s/ Joseph A. DiClerico, Jr.
                                                                 JOSEPH A. DICLERICO, JR.
                                                                 United States District Judge


cc:     Peter D. Anderson, Esquire
           James E. Brown, Esquire
           John M. Colvin, Esquire