UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Perry W. Browning, et al.</u>

       v.                                        Civil No. 08-cv-43-JD

<u>United States of America</u>


<u>O R D E R</u>

On April 8, 2008, the Court issued an Order giving the government the opportunity to file a petition to enforce on or before April 28, 2008, failing which the clerk shall close the case.

The United States of America thereafter filed two assented to motions to extend time to file a Petition to Enforce Summons, the last extension being granted until July 14, 2008. As nothing further has been filed, the case is ordered to be closed.

     SO ORDERED.


July  31, 2008                                           <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                                                        Joseph A. DiClerico, Jr.
                                                                          United States District Judge


cc:     Peter D. Anderson, Esq.
         James E. Brown, Esq.
         John M. Colvin, Esq.